Cite as 2025 Ark. 60

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** May 1, 2025

IN RE ARKANSAS ACCESS TO
JUSTICE FOUNDATION BOARD,
INC.

**PER CURIAM**

Frank Cardoza, Esq., of Tontitown, is appointed to the Board of Directors of the Arkansas Access to Justice Foundation, Inc., for a three-year term to expire on April 30, 2028.

Lisa Roam, Esq., of Fort Smith, is appointed to the Board of Directors of the Arkansas Access to Justice Foundation, Inc., for a three-year term to expire on April 30, 2028.

The Court thanks Mr. Cardoza and Ms. Roam for accepting appointment to the Board and for their willingness to serve in this important capacity.

The Court expresses its gratitude to Victoria Smith, Esq., of Bentonville, and Harry Light, Esq., of Little Rock, for their valuable service to the Board upon the conclusion of their terms.